UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:   ARLENE R. LINDSAY              DATE: 4/26/2022
          United States Magistrate Judge
                                          TIME: 12:00

DOCKET NO: 21-cv-01876-DRH-ARL

CASE: Pierre-Louis v. Citizens Options Unlimited, Inc.

___ INITIAL CONFERENCE
___ STATUS CONFERENCE
___ SCHEDULING CONFERENCE              BY TELEPHONE  X
 X  SETTLEMENT CONFERENCE
___ FINAL CONFERENCE
___ FAIRNESS HEARING

APPEARANCES:        FOR PLAINTIFF:        FOR DEFENDANTS:

                    Marjorie Mesidor      Siobhan Amanda Healy

**The following rulings were made:**

The parties reached a settlement agreement. The terms were placed on the record. A stipulation of discontinuance shall be submitted on or before May 13, 2022.


SO ORDERED:
                                    /s/