UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   Case No.: 21-cv-01876
SABRINA PIERRE-LOUIS,

                                      Plaintiff,   **VOLUNTARY STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u>**

      - against -

CITIZENS OPTIONS UNLIMITED, INC., d/b/a
AHRC NASSAU,

                                      Defendants.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that the above-entitled action be and hereby is dismissed with prejudice, with each party bearing its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| Dated: Garden City, New York<br>June 14, 2022 | Dated: White Plains, New York<br>June 13, 2022 |
| Phillips & Associates, PLLC<br>*Attorneys for Plaintiff*<br><br>By: _____/s/_____<br>Joseph Myers<br>585 Stewart Avenue, Suite 410<br>Garden City, New York 11530<br>(212) 248-7431<br>jmyers@tpglaws.com | Kaufman, Dolowich & Voluck, LLP<br>*Attorneys for Defendant*<br><br>By: *Siobhan Healy*<br>Siobhan Healy<br>245 Main Street, Suite 330<br>White Plains, New York 10601<br>(914) 470-0001<br>shealy@kdvlaw.com |